**Richard Lee OPRENCHAK, Jr., Plaintiff–Appellant**

v.

**AMERICAN FAMILY MUTUAL INSURANCE COMPANY, and its affiliates and subsidiaries, Defendant–Appellee.**

**No. 13–3694.**

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 5, 2014.

Filed: Sept. 24, 2014.

Richard Lee Oprenchak, Jr., Plymouth, MN, pro se.

Timothy R. Franzen, David Paul Jendrzejek, Taylor Tarvestad–Sztainer, Moss & Barnett, Minneapolis, MN, for Defendant–Appellee.

Before MURPHY, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Richard Lee Oprenchak, Jr., appeals the

district court's[1] adverse grant of summary judgment in his diversity action against his former employer, American Family Mutual Insurance Company, and its affiliates and subsidiaries (American Family). Having conducted de novo review of the record and carefully considered Oprenchak's arguments for reversal,[2] we agree with the district court that Oprenchak did not adequately counter American Family's evidence showing that there were no genuine issues of material fact on Oprenchak's state law claims. *See Young v. Builders Steel Co.*, 754 F.3d 573, 577 (8th Cir.2014). The judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable David S. Doty, United States District Judge for the District of Minnesota.

2. We decline to consider the matters Oprenchak raises for the first time on appeal. *See Stone v. Harry*, 364 F.3d 912, 914–15 (8th Cir.2004).